IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00230-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROLAND GRANT MAYFIELD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to status points. (Doc. No. 38).

Part A of the Amendment is retroactive and amended USSG §4A1.1 to limit the impact of status points on criminal history category. USSG §1B1.10(d), comment. (n.7).  Here, the defendant was not assessed status points. (Doc. No. 32: Presentence Report ¶¶41, 42).  Accordingly, he is not eligible for relief. USSG §1B1.10 comment. (n.1(A)(i)) (defendant not eligible for reduction where amendment is not applicable).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: December 15, 2023

Robert J. Conrad, Jr.
United States District Judge